[No. 2448–3.   Division Three.   October 10, 1978.]

JERRY ANDERSON, ET AL, *Respondents,* v. BASIN
PRODUCE CO., INC., *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 24619, B. J. McLean, J., entered June 3, 1977.

*Affirmed in part* and *remanded* by unpublished opinion per Green, J., concurred in by McInturff and Roe, JJ.